RUBEN T. MUNOZ, SBN 195421
111 W. ST. JOHN ST. STE. 555
SAN JOSE, CA 95113
TEL: 408.971.8820
FAX: 408.938.4182


ATTORNEY FOR DEFENDANT
MARGIL CALIXTO BEDOYA-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARGIL CALIXTO BEDOYA-GARCIA,<br><br>Defendant. | Case No.: CR.S-08-515 FCD<br><br>ORDER CONTINUING STATUS CONFERENCE HEARING |

    Upon stipulation of the parties and good cause appearing therefore, the status conference hearing for Defendant Margil Calixto Bedoya-Garcia in the above-entitled matter is continued to January 20, 2009 at 10:00 am.

Dated: December 5, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -